# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| L. SEVILLE PARKS, | |
|     *Plaintiff,* | 2:10-cv-00682-JCM-LRL |
| vs. | ORDER |
| E.K. MCDANIEL *et al.*, | |
|     *Defendants*. | |

Plaintiff has not filed a response to the court's show cause order (#4) directing that he show cause why his pauper application should not be denied.

IT THEREFORE IS ORDERED that plaintiff's application (#1) to proceed *in forma pauperis* is DENIED and that plaintiff shall have thirty (30) days from entry of this order to pay the full filing fee of $350.00.

This action will be dismissed without further advance notice if plaintiff does not timely pay the full filing fee.

DATED: August 23, 2010.

_____
JAMES C. MAHAN
United States District Judge