# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

L. SEVILLE PARKS,

*Plaintiff*,

vs.

E.K. MCDANIEL, *et al.*,

*Defendants*.

2:10-cv-00682-JCM-LRL

ORDER

No filing fee having been paid in response to the court's prior order (#5), which advised that failure to make timely payment would result in dismissal,

IT IS ORDERED that this action is DISMISSED without prejudice for failure to pay the filing fee.

The clerk of court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: October 6, 2010.

_____
JAMES C. MAHAN
United States District Judge